Richard Y. Chen, CA Bar No. 225392
richard.chen@ogletreedeakins.com
Guillermo M. Tello, CA Bar No. 277896
guillermo.tello@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:    714.754.1298

Attorneys for Defendant
Quest Diagnostics Clinical Laboratories, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NOREEN MIRZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. (a New Jersey corporation); and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01722 RGK (GJSx)<br><br>Assigned to:<br>District Judge R. Gary Klausner and Magistrate Judge Sheri Pym<br><br>**AMENDED DECLARATION RE:**<br><br>**(1)   FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN LOS ANGELES SUPERIOR COURT AND SERVICE OF NOTICE OF REMOVAL ON PLAINTIFF;**<br><br>**(2)   FILING OF PROOF OF SERVICE**<br><br>State Action Filed:  January 13, 2017<br>Trial Date:              None Set |

I, Guillermo M. Tello, hereby declare and state as follows:

1. I am an attorney duly licensed to practice before this Court and before all of the courts of the State of California. I am an associate with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., counsel of record for Defendant Quest Diagnostics Clinical Laboratories, Inc. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto.

2. On March 3, 2017, Defendant's Notice of Removal of Civil Action (the "Notice of Removal") was filed in this Court.

3. On March 9, 2017, after filing the Notice of Removal in this Court, I caused Defendant's Notice to Clerk of the Superior Court of the County of Los Angeles and Notice to Adverse Party of Removal of Civil Action to United States District Court for the Central District of California (the "Notice to Clerk and Adverse Party") to be filed in the Los Angeles Superior Court, where this action had been pending. Attached hereto as **Exhibit "A"** is a true and correct copy of the Notice to Clerk and Adverse Party.

4. Attached hereto as **Exhibit "B"** is a Proof of Service of the Notice of Removal of Civil Action.

5. Attached hereto as **Exhibit "C"** is a Proof of Service of the Notice to Clerk of the County of Los Angeles and Notice to Adverse Party of Removal of Civil Action to United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed in Costa Mesa, California on March 13, 2017.

/s/ Guillermo M. Tello
Guillermo M. Tello

29060469_1.docx

2   Case No. 2:17-cv-01722 RGK (GJSx)
AMENDED DECLARATION RE: FILING OF NOTICE OF REMOVAL AND FILING OF PROOF OF SERVICE

# EXHIBIT "A"

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Richard Y. Chen, SBN 225392 / Guillermo M. Tello, SBN 277896 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. 695 Town Center Drive, Suite 1500 Costa Mesa, CA 92626 TELEPHONE NO.: 714.800.7900   FAX NO. (Optional): 714.754.1298 E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Defendant Quest Diagnostics Clinical Laboratories, Inc. | CONFORMED COPY ORIGINAL FILED Superior Court of California County of Los Angeles MAR 09 2017 Sherri R. Carter, Executive Officer/Clerk By Raul Sanchez, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk

PLAINTIFF/PETITIONER: NOREEN MIRZA

DEFENDANT/RESPONDENT: QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

**NOTICE OF STAY OF PROCEEDINGS**

CASE NUMBER: BC646966
JUDGE: Holly Kendrig
DEPT.: 42

**To the court and to all parties:**

1. Declarant (name): Guillermo M. Tello
   a. ☒ is ☐ the party ☒ the attorney for the party who requested or caused the stay.
   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:
   a. ☒ With regard to all parties.
   b. ☐ With regard to the following parties (specify by name and party designation):

3. Reason for the stay:
   a. ☒ Automatic stay caused by a filing in another court. (Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)
   b. ☐ Order of a federal court or of a higher California court. (Attach a copy of the court order.)
   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. (Attach a copy of the order directing arbitration.)
   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. (Attach a copy of the client's request for arbitration showing filing and service.)
   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 9, 2017

Guillermo M. Tello
(TYPE OR PRINT NAME OF DECLARANT)


(SIGNATURE)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**EXHIBIT A PAGE 4**

1 Richard Y. Chen, CA Bar No. 225392
richard.chen@ogletreedeakins.com
2 Guillermo M. Tello, CA Bar No. 277896
guillermo.tello@ogletreedeakins.com
3 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
4 695 Town Center Drive
Costa Mesa, CA 92626
5 Telephone: 714.800.7900
Facsimile: 714.754.1298
6
Attorneys for Defendant
7 Quest Diagnostics Clinical Laboratories, Inc.

8 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 **FOR THE COUNTY OF LOS ANGELES**

10

| | |
|---|---|
| 11 NOREEN MIRZA, an individual, | Case No. BC646966 |
| 12 Plaintiff, | [Assigned for all purposes to The Honorable Ruth Ann Kwan, Dept. 72] |
| 13 vs. | **NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.** |
| 14 QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. (a New Jersey corporation); and DOES 1-50, inclusive, | |
| 15 | |
| 16 Defendants. | |
| 17 | Action Filed: January 13, 2017<br>Trial Date: None Set |
| 18 | |

19

20    TO THE CLERK OF THE COURT, PLAINTIFF NOREEN MIRZA, AND HER

21 ATTORNEYS OF RECORD:

22    PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United

23 States District Court for the Central District of California on March 3, 2017, by Defendant Quest

24 Diagnostics Clinical Laboratories, Inc. Attached hereto as **Exhibit 1** is a true and correct copy of

25 the Notice of Removal and all supporting documents, the filing of which effects the removal of this

26 action to the United States District Court, Central District of California.

27    PLEASE TAKE FURTHER NOTICE that Plaintiff, through counsel, is being served

28 herewith with copies of notices and papers provided to Defendant by the United States District

28943359_1.docx

1

NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES
DISTRICT COURT BY DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

**EXHIBIT A PAGE 5**

1  Court upon filing their Notice of Removal, which is attached hereto as **Exhibit "2"** and are more
2  particularly described as follows:

3      1. Notice of Assignment to United States Judges;

4      2. Notice to Parties of Court-Directed ADR Program;

5      3. Standing Order Regarding Newly Assigned Cases; and

6      4. Order Setting Scheduling Conference.

7      As a result of this removal, this Court is without jurisdiction to take further action with
8  respect to this matter unless and until the case is remanded. 28 U.S.C. § 1446(d).

11  DATED: March 9, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *[signature]*
Richard Y. Chen
Guillermo M. Tello

Attorneys for Defendant
Quest Diagnostics Clinical Laboratories, Inc.

28943359_1.docx

2

NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

**EXHIBIT A PAGE 6**

# EXHIBIT "B"

# PROOF OF SERVICE
*Noreen Mirza v. Quest Diagnostics Clinical Laboratories, Inc., et al.*
Case No. 2:17-cv-1722

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, CA 92626.

On March 3, 2017, I served the following document(s):

**PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☒ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 3, 2017, at Costa Mesa, CA.

| | |
|---|---|
| Dianna Kinnamon | /s/ Dianna Kinnamon |
| Type or Print Name | Signature |

28943357_1.docx

PROOF OF SERVICE

**EXHIBIT B PAGE 8**

1
2

### SERVICE LIST
*Noreen Mirza v. Quest Diagnostics Clinical Laboratories, Inc., et al.*
Case No. 2:17-cv-1722

3

4  Ricardo Y. Merluza, Esq. SBN 199495         Attorneys for Plaintiff
   Bermeo & Merluza, LLP                      NOREEN MIRZA
5  3435 Wilshire Blvd.
   27th Floor
6  Los Angeles, CA  90010
   Tel:    (213) 380-9888
7  Fax:    (213) 380-5397
   Email:     ricardo@bermeomerluza.com
8

9                                                                                28943357.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

28943357_1.docx

---

PROOF OF SERVICE

**EXHIBIT B PAGE 9**

# EXHIBIT "C"

EXHIBIT C PAGE 10

**PROOF OF SERVICE**
*Noreen Mirza v. Quest Diagnostics Clinical Laboratories, Inc., et al.*
Case No. BC6469661

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, CA 92626.

On March 9, I served the following document(s):

1. **NOTICE OF STAY OF PROCEEDINGS**

2. **NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☒    **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐    **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person[s] at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    **(State)**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 9, 2017, at Costa Mesa, CA.

Dianna Kinnamon
Type or Print Name          Signature

28943359_1.docx

1

NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

EXHIBIT C PAGE 11

## SERVICE LIST
*Noreen Mirza v. Quest Diagnostics Clinical Laboratories, Inc., et al.*
Case No. BC6469661

| | |
|---|---|
| Ricardo Y. Merluza, Esq. SBN 199495<br>Bermeo & Merluza, LLP<br>3435 Wilshire Blvd.<br>27th Floor<br>Los Angeles, CA  90010<br>Tel:   (213) 380-9888<br>Fax:   (213) 380-5397<br>Email: ricardo@bermeomerluza.com | Attorneys for Plaintiff<br>NOREEN MIRZA |

28943359.1

28943359_1.docx

2

NOTICE TO COURT AND ADVERSE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT BY DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.

**EXHIBIT C PAGE 12**

# PROOF OF SERVICE
*Noreen Mirza v. Quest Diagnostics Clinical Laboratories, Inc., et al.*
Case No. 2:17-cv-01722 RGK (GJSx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is Park Tower, Suite 1500, 695 Town Center Drive, Costa Mesa, CA 92626.

On March 13, 2017, I served the following document(s):

**AMENDED DECLARATION RE:**

**(1) FILING OF NOTICE OF REMOVAL AND NOTICE TO CLERK IN LOS ANGELES SUPERIOR COURT AND SERVICE OF NOTICE OF REMOVAL ON PLAINTIFF;**

**(2) FILING OF PROOF OF SERVICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attached service list.

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☒ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 13, 2017, at Costa Mesa, CA.

Dianna Kinnamon                   /s/Dianna Kinnamon
Type or Print Name                Signature

29060469_1.docx

Case No. 2:17-cv-01722 RGK (GJSx)
PROOF OF SERVICE

# SERVICE LIST
*Noreen Mirza v. Quest Diagnostics Clinical Laboratories, Inc., et al.*
Case No. 2:17-cv-01722 RGK (GJSx)

| | |
|---|---|
| Ricardo Y. Merluza, Esq. SBN 199495<br>Bermeo & Merluza, LLP<br>3435 Wilshire Blvd.<br>27th Floor<br>Los Angeles, CA 90010<br>Tel:   (213) 380-9888<br>Fax:   (213) 380-5397<br>Email:   ricardo@bermeomerluza.com | Attorneys for Plaintiff<br>NOREEN MIRZA |

29060469.1

29060469_1.docx