JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NOREEN MIRZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. (a New Jersey corporation); and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01722 RGK (GJSx)<br><br>Assigned to:<br>District Judge R. Gary Klausner and Magistrate Judge Sheri Pym<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE<br><br>[Fed. R. Civ. Proc. 41(a)]<br><br>State Action Filed: December 7, 2016<br>Trial Date: February 20, 2018 |
1     Case No. 2:17-cv-01722 RGK (GJSx)
[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO DISMISS ACTION WITH PREJUDICE

32108085.1

Based upon the Parties' Joint Stipulation of Dismissal of Action With Prejudice, this Court finds good cause for such an order and issues an order as follows:

**IT IS HEREBY ORDERED.**

1. This entire matter is hereby dismissed with prejudice; and
2. Each party will bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: JAN 3 0 2018 , 2018

_____
Honorable R. Gary Klausner